```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
MECEO RAY McEADDY,                         :          1:25-cr-246-GHW
                                           :
                    Defendant.             :          ORDER
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/1/2025

GREGORY H. WOODS, United States District Judge:

   An initial conference in this matter will take place on July 8, 2025 at 11:00 a.m.  The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

   SO ORDERED.

Dated: July 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge