# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/14/2025__

**BY CM/ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:    *United States v. Meceo McEaddy*
       **25 Cr. 246 (GHW)**

Dear Judge Woods:

I write on behalf of the parties to provide a status update in the above-captioned case. Since the initial appearance on July 8, 2025, the parties have been engaged in productive negotiations over a pre-trial resolution. Those discussions remain ongoing, and the parties request leave to write the Court by September 12, 2025, as to whether the status conference currently scheduled for October 7, 2025, should be converted into a change of plea hearing.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:    AUSA William Stone

Application granted. The parties may write the Court by September 12, 2025 on that topic if they wish.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated:  August 14, 2025
New York, New York

GREGORY H. WOODS
United States District Judge