UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MECEO RAY MCEADDY,
a/k/a, "Ray Annes,"

Defendant.

**SUPERSEDING INFORMATION**

S1 25 Cr. 246 (GHW)

**COUNT ONE**
**(Conspiracy to Defraud the United States)**

The United States Attorney charges:

1. From at least in or about September 2018 through at least in or about February 2024, in the Southern District of New York and elsewhere, MECEO RAY MCEADDY, a/k/a "Ray Annes," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349.

2. It was a part and an object of the conspiracy that MECEO RAY MCEADDY, a/k/a "Ray Annes," the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, MCEADDY agreed to make and to cause to be made false statements to victims to fraudulently

obtain funds, and in connection therewith and in furtherance thereof, MCEADDY transmitted and caused to be transmitted interstate emails, telephone calls, wire transfers of funds, and other electronic communications to and from the Southern District of New York and elsewhere.

**Overt Acts**

3. Between at least approximately September 2018 and at least approximately February 2024, MECEO RAY MCEADDY, a/k/a "Ray Annes," the defendant, orchestrated and engaged in a conspiracy to steal more than $1 million in payments for purported music performances and tickets to sporting events from victims in, among other locations, Florida, Pennsylvania, and Nevada. MCEADDY made false representations to induce victims into signing contracts and sending money to bank accounts that MCEADDY controlled. These false representations included falsely purporting to be a marketing director and agent of a prominent media company based in Manhattan, New York ("Media Company-1"), in correspondence with victims and on social media. In making these false representations, MCEADDY worked with another individual ("CC-1") who helped draft fraudulent documents, including paystubs falsely reflecting that MCEADDY worked for certain media and entertainment companies, which MCEADDY sent to victims.

4. The fraudulent contracts that MECEO RAY MCEADDY, a/k/a "Ray Annes," the defendant, induced the victims into signing promised the victims that MCEADDY could book both high-profile venues and famous musical artists to appear and perform at the victims' events. In exchange for the purported access to these musical artists and venues that MCEADDY promised to provide, from in or about September 2018 through in or about February 2024, the victims wired MCEADDY a total of approximately $1 million. After the victims made at least one downpayment on the contract, MCEADDY accepted the payment but deliberately failed to perform his

obligations under the contract. When the victims followed up with MCEADDY to demand performance or reimbursement, MCEADDY occasionally made excuses, but in each instance, MCEADDY stopped communicating with the victims and did not pay back the full downpayment.

(Title 18, United States Code, Sections 371.)

**COUNT TWO**
**(Aggravated Identity Theft)**

The United States Attorney further charges:

5. From at least September 2018 through at least in or about February 2024, in the Southern District of New York and elsewhere, MECEO RAY MCEADDY, a/k/a "Ray Annes," the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, MCEADDY, used and transferred the names, addresses, and bank card numbers of other persons during and in relation to the conspiracy to commit wire fraud charged in Count One of this Superseding Information.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

**FORFEITURE ALLEGATION**

6. As a result of committing the offense alleged in Count One of this Superseding Information, MECEO RAY MCEADDY, a/k/a "Ray Annes," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney