# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

## MEMORANDUM ENDORSED

January 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/7/2026

*BY CM/ECF*
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Meceo McEaddy*
         **25 Cr. 246 (GHW)**

Dear Judge Woods:

I write to respectfully request that the Court adjourn Meceo McEaddy's sentencing proceeding, which is currently scheduled for February 4, 2026, to March 11, 2026, with a commensurate extension of the parties' sentencing filing deadlines and Probation's Pre-Sentence Report publication schedule. The government, by AUSA William Stone, consents to this application. This is the defense's first application for an adjournment of sentencing.

An adjournment is warranted because it will allow the defense time to continue gathering materials pertinent to the Court's application of the Section 3553(a) factors to Mr. McEaddy, including medical information related to his recently broken tibia. The defense plans on transmitting these materials to United States Probation Officer Jennifer Rose in the first instance for inclusion in the draft and final Pre-Sentence Reports.

I thank the Court for considering this unopposed application.

Application granted. The sentencing hearing previously scheduled for February 4, 2026 is adjourned to March 11, 2026 at 12:00 p.m. The defendant's sentencing submissions are due no later than February 25, 2026; the Government's sentencing submissions are due no later than March 4, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.
SO ORDERED.
Dated: January 7, 2026
New York, New York     _____
                        GREGORY H. WOODS
                        United States District Judge

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768