# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**          February 20, 2026

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  2/20/2026 |

***BY CM/ECF***
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     ***United States v. Meceo McEaddy***
         **25 Cr. 246 (GHW)**

Dear Judge Woods:

I write to respectfully request that the Court adjourn Meceo McEaddy's sentencing proceeding, which is currently scheduled for March 11, 2026, by 60 days. The Government, by AUSA William Stone, consents to this application.

As the Court is aware from Mr. McEaddy's guilty plea, he suffered a broken tibia on or about August 25, 2025, when he was hit by a deliveryman driving an electric scooter. Mr. McEaddy was hospitalized for several days after the accident and underwent surgery. Unfortunately, Mr. McEaddy recently learned that he requires follow-up surgery to further repair the injury. Earlier this week, Mr. McEaddy was notified that the follow-up procedure has been scheduled for March 10, 2026.

To facilitate Mr. McEaddy's adequate medical care, including any physical rehabilitation, and to allow the defense an opportunity to transmit relevant medical records to Probation for inclusion in the final Pre-Sentence Report, the defense respectfully submits that a 60-day adjournment of sentencing (and all relevant deadlines for the parties and Probation) is appropriate. This is the defense's second, unopposed application for an adjournment of sentencing.

I thank the Court for considering this unopposed application.

Application granted in part. The sentencing hearing previously scheduled for March 11, 2026 at 12:00 p.m. is adjourned to May 21, 2026 at 2:00 p.m. The defendant's sentencing submissions are due no later than May 7, 2026; the Government's sentencing submissions are due no later than May 14, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.
SO ORDERED.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Dated:  February 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge