# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

## MEMORANDUM ENDORSED

May 6, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/7/2026

***BY CM/ECF***
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  ***United States v. Meceo McEaddy***
      **25 Cr. 246 (GHW)**

Dear Judge Woods:

I write to respectfully request that the Court adjourn Meceo McEaddy's sentencing proceeding, which is currently scheduled for May 21, 2026, by 60 days. The Government, by AUSA William Stone, does not object to this application.

Since the last adjournment request, Mr. McEaddy has undergone an additional surgery to treat the broken tibia injury he suffered last August when he was struck by a deliveryman driving a motorized scooter. While living with his mother, Mr. McEaddy continues to attend follow-up medical appointments and participate in physical therapy. The defense is awaiting additional medical records concerning Mr. McEaddy's injuries, treatment, and overall prognosis, which it requires to advance the best possible arguments under 18 U.S.C. §§ 3553(a)(1) and 3553(a)(6).

To facilitate Mr. McEaddy's continued, adequate medical care, including physical rehabilitation, and to allow the defense an opportunity to finish gathering and digesting medical records pertinent to the Court's application of the Section 3553(a) factors to Mr. McEaddy, the defense respectfully submits that a 60-day adjournment of sentencing (and the relevant deadlines for the parties' sentencing submission deadlines) is appropriate. This is the defense's third, unopposed application for an adjournment of sentencing. Relevant to this application, Mr. McEaddy remains in compliance with his pre-trial release conditions.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:   AUSA William Stone

Application granted in part.  The sentencing hearing previously scheduled for May 21, 2026 at 2:00 p.m. is adjourned to July 28, 2026 at 12:00 p.m.  The defendant's sentencing submissions are due no later than July 14, 2026; the Government's sentencing submissions are due no later than July 21, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.
SO ORDERED.

GREGORY H. WOODS
United States District Judge

Dated:  May 7, 2026
New York, New York

2