Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

**MEMORANDUM ENDORSED**

***BY CM/ECF***
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Meceo McEaddy***
**25 Cr. 246 (GHW)**

Dear Judge Woods:

I write to respectfully request that the Court adjourn Meceo McEaddy's sentencing proceeding, which is currently scheduled for September 1, 2026, by three weeks, to a date on or after September 21 (except September 30). The Government, by AUSA William Stone, does not object to this application.

Mr. McEaddy was scheduled for surgery on July 22, 2026, to remove a temporary external fixator from his left leg in connection with his complex left tibial injury. Unfortunately, Mr. McEaddy's doctors postponed the surgery because of Mr. McEaddy's elevated A1c level and inflammation in his left knee. *See* Exhibit A (letter from Dr. Gregory Daubs, Orthopedic Trauma Surgeon). The surgery has been rescheduled for August 27, 2026. *Id.* To afford Mr. McEaddy sufficient time to recover from the procedure and for the defense to adequately address all Mr. McEaddy's medical needs under 18 U.SC. § 3553(a)(2)(D), a three-work adjournment is appropriate.

This is the defense's fifth, unopposed application for an adjournment of sentencing. Relevant to this application, Mr. McEaddy remains in full compliance with his pre-trial release conditions. I thank the Court for considering this unopposed motion.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Application granted. The sentencing hearing previously scheduled for September 1, 2026 at 1:00 p.m. is adjourned to October 8, 2026 at 12:00 p.m. The defendant's sentencing submissions are due no later than September 24, 2026; the Government's sentencing submissions are due no later than October 1, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.
SO ORDERED.

Dated: August 11, 2026

GREGORY H. WOODS
United States District Judge