Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

September 23, 2026

***BY CM/ECF***
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Application granted. The hearing scheduled for October 8, 2026 is adjourned to October 29, 2026 at 11:00 a.m. The defendant's sentencing submissions are due no later than October 15, 2026; the Government's sentencing submissions are due no later than October 22, 2026.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

**Re: *United States v. Meceo McEaddy***
**25 Cr. 246 (GHW)**

Dear Judge Woods:

I write to respectfully request that the Court adjourn Meceo McEaddy's sentencing proceeding, which is currently scheduled for October 8, 2026, by three weeks. The Government, by AUSA William Stone, does not object to this application.

On September 2, 2026, Mr. McEaddy was rescheduled for surgery to September 21, 2026, to remove a temporary external fixator from his left leg in connection with his complex left tibial injury. *See* Exhibit A (letter from Dr. Gregory Daubs). This past Monday, September 21, 2026, Mr. McEaddy reported for the surgery as directed, at which point his A1c levels and inflammation were reassessed. Fortunately, the inflammation is under control, and Mr. McEaddy's A1c levels are trending in the right direction. Dr. Daubs pushed Mr. McEaddy's surgery back slightly, and it is now expected to occur this Friday, September 25, 2026. To afford Mr. McEaddy sufficient time to recover from the operation and for the defense to adequately address Mr. McEaddy's evolving medical needs under 18 U.S.C. § 3553(a)(2)(D) in its sentencing submission, I respectfully submit that a three-week adjournment of sentencing is appropriate. This is the defense's sixth, unopposed application for an adjournment. Mr. McEaddy remains in full compliance with his pre-trial release conditions, and I thank the Court for considering this unopposed motion.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc: AUSA William Stone

# EXHIBIT A

Northwell Health
CONFIDENTIAL

**Northwell Health**
**KBC Chart Copy Report - Documents Only**

**MCEADDY, MECEO RAY** Gender: Male Age:50y

MRN/Visit ID: 5013217 / 1894309143
DOB: [redacted]
Current Location: LFH 6NOR 0603 D
Attending: Faria, Bryant

**September 2, 2026**

Re: Planned Removal of Temporary External

To Whom It May Concern,
This letter confirms that MECEO RAY MCEADDY is currently under my care for treatment of a complex left tibial injury. As part of the patient's staged orthopedic treatment, a temporary external fixator was placed to stabilize the affected tibia and surrounding structures while allowing appropriate healing and preparation for the next phase of reconstruction. This device was intended as a temporary stabilization measure and is not a permanent implant.

The patient was previously scheduled to undergo surgical removal of the temporary external fixator. However, the procedure was rescheduled due to increased inflammation of the left knee and a higher-than-normal Hemoglobin A1c level, both of which raised medical concerns regarding the safety of proceeding with surgery at that time. The elevated A1c has been identified as a contributing factor to the inflammation, and the patient's levels are now trending downward.

The procedure has been rescheduled for Monday, September 21, 2026, provided the patient's inflammation continues to improve and blood glucose control is optimized, with no additional medical concerns requiring modification of the treatment plan.

Following the procedure, the patient will continue with postoperative care, rehabilitation, and follow-up evaluations as medically indicated. Activity restrictions and return-to-work recommendations will be determined based on the patient's postoperative progress and clinical recovery.

Sincerely,

GREGORY MICHAEL DAUBS, M.D. (427724) ORTHOPEDIC TRAUMA SURGEON
NORTHWELL HEALTH 102-91 56TH ROAD FOREST HILLS, NY 11375 (718)
830-4000