**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 27, 2026

**BY ECF AND EMAIL**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Meceo Ray McEaddy, a/k/a "Ray Annes,"* S1 25 Cr. 246 (GHW)**

Dear Judge Woods:

The Government submits this supplemental letter in advance of the sentencing of defendant Meceo Ray McEaddy scheduled for October 29, 2026, at 11:00 a.m. In the Government's sentencing submission dated October 23, 2026, the Government stated, "[A]s the defendant acknowledges, his acceptance of responsibility and his cooperation with law enforcement after his arrest resulted in a plea offer that provided a capped maximum sentence, in addition to a shorter mandatory minimum. The Court should similarly reject the defendant's request for a reduced period of supervised release after he serves his term of imprisonment, which he argues is additional punishment." (Dkt. 35 at 7). The Government would like to clarify two points regarding this statement. First, the Government erroneously described the defense as seeking a "lower" mandatory minimum. In fact, the Superseding Information increased the mandatory minimum. Second, the Government erroneously described the defendant as seeking a shorter period of supervised release than the statutory maximum. In fact, the period sought by the defendant (and Probation, and the Government) is the statutory maximum (*i.e.*, three years).

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
William K. Stone
Assistant United States Attorney
Tel: (212) 637-2521

cc: Andrew Dalack, Esq. (by ECF and Email)