UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -against- MECEO RAY McEADDY, Defendant. | : | 1:25-cr-246-GHW ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/28/2026

GREGORY H. WOODS, United States District Judge:

The sentencing currently scheduled for October 29, 2026 at 11:00 a.m. is rescheduled. The hearing will take place on November 4, 2026 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge